# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MYRON K. DAVIS**                                                                                          **PLAINTIFF**

VS.                                        4:17-CV-00254-BRW-JTK

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to reconsider Dr. Hayes's in light of the treating relationship with Davis.

IT IS SO ORDERED, this 24th day of May, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE