# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MYRON K. DAVIS**                                                                                          **PLAINTIFF**

**VS.**                                        **4:17-CV-00254-BRW-JTK**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of Plaintiff.

IT IS SO ORDERED, this 24th day of May, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE